# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LETRICE TOWNSEL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RON DAVIS,<br><br>　　　　Respondent. | Case No.: 1:19-cv-01394-NONE-JLT (HC)<br><br>ORDER DENYING PETITIONER'S REQUEST FOR RULING ON RESPONDENT'S MOTION TO DISMISS AS MOOT<br><br>(Doc. 24) |

Petitioner filed a petition for writ of habeas corpus on October 4, 2019. (Doc. 1.) Respondent moved to dismiss the petition due to Petitioner's failure to verify a memorandum included with the petition. (Doc. 19.) Petitioner opposed the motion and included a declaration swearing to the contents of the memorandum. (Doc. 21.) On March 23, 2020, the Court adopted the findings and recommendations to deny the motion to dismiss. (Doc. 23.) Despite this, on March 26, 2020, Petitioner filed a request for a ruling on Respondent's motion to dismiss. (Doc. 24.) Consequently, Petitioner's request is moot.

IT IS SO ORDERED.

　　Dated: __April 2, 2020__　　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE