UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LETRICE TOWNSEL,<br><br>  Petitioner,<br><br>  v.<br><br>RON DAVIS,<br><br>  Respondent. | Case No.: 1:19-cv-01394-NONE-JLT (HC)<br><br>ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Doc. 35) |

On August 17, 2020, Petitioner filed a renewed motion for reconsideration of his request for appointment of counsel. (Doc. 35.) Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. The Court finds that the interests of justice require the appointment of counsel in this matter. Accordingly, Petitioner's request for appointment of counsel is GRANTED and counsel is APPOINTED.

The Court ORDERS that the Clerk of the Court serve a copy of this order to the Federal Defender for identification of the attorney who will represent petitioner. The Clerk of Court is DIRECTED to serve a copy of this order on the Office of the Federal Defender. Due to this appointment, the Court extends the time to file a traverse.

///

///

1

1    Petitioner SHALL file a traverse within 60 days from the date of service of this order.

3  IT IS SO ORDERED.

4    Dated:   **August 18, 2020**              **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE