IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY L. TOWNSEL, | ) | Case №: 1:19-CV-01394-1-NONE |
| | ) | |
| Petitioner, | ) | **O R D E R** |
| | ) | **APPOINTING COUNSEL** |
| vs. | ) | |
| | ) | |
| RON DAVIS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

The above named Petitioner has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Verna Wefald be appointed to represent the above defendant in this case effective *nunc pro tunc*  to  August 19, 2020.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:  **August 20, 2020**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE