1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY LETRICE TOWNSEL,              Case No.: 1:19-cv-01394-JLT-CDB

12                  Petitioner,            **ORDER EXTENDING TIME TO FILE
                                           TRAVERSE**
13          v.
                                           (Doc. 70)
14   RONALD DAVIS,

15                  Respondent.

16

17          Petitioner Anthony Letrice Townsel is a state prisoner who filed a petition for writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254 on October 4, 2019.  (Doc. 1).  Respondent filed his

19   answer on July 21, 2020.  (Doc. 34).  Thereafter, the Court granted Petitioner's renewed motion

20   to appoint counsel, and on August 20, 2020, attorney Verna Wefald was appointed to represent

21   Petitioner.  (Docs. 36, 37).

22          On December 12, 2022, Petitioner filed his fourteenth motion for extension of time to file

23   his traverse.  (Doc. 68).  Like six of the prior seven motions for extensions of time, Counsel for

24   Petitioner filed the request either one day prior to or the day of the expiration of the earlier-

25   granted extension.   (Docs. 50, 53, 57, 59, 63, 66).  This violates Local Rule 144(d), which

26   requires Counsel to request an extension "as soon as the need for an extension becomes

27   apparent."

28          The most recent motion seeking additional time to file the traverse was virtually identical

1   to the three prior motions, in which Counsel for Petitioner reported she was continuing to conduct

2   legal research, draft the traverse, and spend time on other cases.  Based on Counsel for

3   Petitioner's history of filing requests for additional time at the eleventh-hour and the lack of detail

4   in the motion as to why additional time was required, the Court denied the motion for lack of

5   good cause shown and convened a status conference to discuss the posture of the case.  (Docs. 69,

6   70).

7         At the status conference on December 15, 2022, Counsel for Petitioner conceded that her

8   most recent motion requesting additional time to prepare and file the traverse was "boilerplate"

9   and that she estimated spending only approximately 20 hours on Petitioner's case during the

10  previously granted 60-day extension of time due to her having to work on other cases.

11        Counsel for Petitioner estimated she would need approximately 120 additional days to

12  finalize and file the traverse.  She explained such time was necessary due to the size of the record,

13  the complexities of the case, and her need to manage other cases.  Counsel for Respondent did not

14  oppose a 120-day extension of time.

15        Accordingly, for good cause shown, the Court GRANTS Petitioner's request for a 120-

16  day extension of time to file the traverse.

17        Petitioner's traverse must be filed on or before April 17, 2023.

18        In the event circumstances beyond Counsel for Petitioner's control prevent her from

19  timely filing the traverse, Petitioner SHALL file any request for additional time no later than

20  April 3, 2023.  In any such request for additional time, Counsel for Petitioner SHALL set forth a

21  detailed narrative demonstrating good cause for the extension, which SHALL include an

22  accounting of the number of hours Counsel for Petitioner has spent on the case since the date of

23  this Order.

24  IT IS SO ORDERED.

25    Dated:   **December 16, 2022**        _____

26                                          UNITED STATES MAGISTRATE JUDGE

27

28